# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERCARRIER COMMUNICATIONS LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 13-cv-1639-GMS |
| v. | ) ) ) | |
| MICROSOFT CORP., et al. | ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO
FED. R. CIV. P. 12(b)(7) OR TO DISMISS OR TRANSFER PURSUANT
TO FED. R. CIV. P. 12(b)(3), 28 U.S.C. § 1406, AND 28 U.S.C. § 1404(a)**

Defendants hereby submit their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(7), or to Dismiss or Transfer Pursuant to Fed. R. Civ. P. 12(b)(3), 28 U.S.C. §1406, and 28 U.S.C. §1404(a). The reasons for this motion are stated in Defendants' accompanying memorandum (including the related declarations and exhibits submitted therewith).

WHEREFORE, Defendants respectfully request that the Complaint be dismissed pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join an indispensable party. In the alternative, the case should be transferred to the United States District Court for the Southern District of New York pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. §§ 1404(a) and 1406.

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Tiffany Geyer Lydon* |
| | ──────────────────────── |
| | Steven J. Balick (#2114) |
| | Tiffany Geyer Lydon (#3950) |
| | Andrew C. Mayo (#5207) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| *Of Counsel:* | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| Richard A. Cederoth | tlydon@ashby-geddes.com |
| Ellen S. Robbins | amayo@ashby-geddes.com |
| Nathaniel C. Love | |
| SIDLEY AUSTIN LLP | *Attorneys for Defendants Microsoft* |
| One South Dearborn Street | *Corporation, Skype Inc., and GroupMe Inc.* |
| Chicago, Illinois  60603 | |
| (312) 853-7000 | |

Dated: November 20, 2013